THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. WILLIAM DARRAGH, Appellant.

*People* v. *Darragh*, 141 App. Div. 408, affirmed.
(Submitted June 8, 1911; decided October 3, 1911.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 30, 1910, which affirmed a judgment of the
Court of General Sessions of the Peace in the county of
New York rendered upon a verdict convicting the
defendant of the crime of manslaughter in the first
degree.

*Charles A. Flammer, Ralph M. Frink* and *Edward
F. Flammer* for appellant.

*Charles S. Whitman, District Attorney (Robert C.
Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.